US District Court
Middle District PA
Williamsport Branch

Glenn Stephans III Ph.D. J.D.

Case No. _____

v.

Donald Trump, President and Commander-in-Chief

Judge _____

FTCA Suit

I. **Preface** — In my 1L legal writing course at Boalt Hall (the University of California, Berkeley School of Law), taught by Paper Chase author John Osborne, my 2L teaching assistant criticized my award winning brief as, in essence, not brief enough. With her caveat that brevity is paramount, I submit what may be the briefest brief yet submitted by an alumni of Boalt Hall to a federal district court.

II. **A Modest Proposal** — Since I cannot hope to match the erudition of the prestigious professors at Boalt, whether Dr. Shultz, Dean Swift, Professors Kadish or Yoo, I humbly petition this court to order the President and Commander-in-Chief, to drone- or missile strike domestic narco-terrorist Thomas Marino and domestic anti-semitic, holocaust-denier, Jew-harasser Joseph E. Schmitz, Mary Kay Latourneau's brother

## III. Background

The POTUS, acting on the unified executive theory of my former Constitutional Law professor John Yoo has exercised his foreign policy and military discretion and authorized drone and missile and bomber attacks on narco-terrorists in the Caribbean and anti-Semites in Iran, the Gulf states, and, us, the President warns, our enemies are not just external but also internal.

Having used his discretion to "obliterate" international narco-terrorists and anti-Semitic-terrorists, our very busy President has not yet drone- or missile struck domestic narco-terrorists or domestic anti-Semitic terrorists. Domestically, he sits on his hands.

## IV. Applicable Law

The Federal Tort Claims Act prohibits suits for intentional torts and negligence which, if remedied, would require impeding discretion. But the FTCA allow suits where discretion has been exercised, but implementation is lacking or wanting. See Haskin v. U.S. 569 Fed. Appx. 12 (2d Cir. NY 2014)(holding FTCA suit could proceed where USPS contractor failed to clear ice resulting in fall and injuries)

2

Similarly, writs of mandamus are extraordinary writs which, like certain rare FTCA remedies, may be gained where a clear policy path has been charted but implementation or execution is pending. See, Drueding* v. Travelers Home and Marine Ins. Co., 2022 WL 17097734, *4 (WD Wash. Nov. 2022) Novelty, Inc. v. Mt. View Mktg., 265 F.R.D. 370, *28 (SD Ind. 2009)(holding unusual remedies warranted where there is "evidence of footdragging"). In Curley, the Pennsylvania Supreme Court found:

> Mandamus is a device that is available in our system to compel ... [action] where [a government official] has been sitting on [his] hands, Curley v. Wetzel, 423 Pa. 276, 228 (2013)

The POTUS exercised his discretion and strikes "external" narco-terrorists and "external" anti-Semitic-terrorists but sits on his hands with internal narco- and

---

* Drueding supports the proposition mandamus is warranted where there is footdragging.

3

anti-Semitic terrorists.

V. <u>Analysis</u>

Just as the POTUS wisely strikes narco- and anti-Semitic terrorists, he has prudently distance himself, over time, from a narco-terrorist — Thomas Marino — and an anti-semitic-terrorist — Joseph E. Schmitz — who were, respectively, poised to become Drug Czar, and rumored as a possible Secretary of Defense, in his first administration.

While Marino and Schmitz were both part of the Trump Transition in his first administration's lead-in, the POTUS has wisely tossed both to the curb. But he drags his foot on drone- or missile striking these two domestic terrorists.

   a. <u>Thomas Marino is a Narco Terrorist</u>

Doubly tied to drug peddling criminal syndicates, has-been Thomas Marino is a mafioso who was a legislative hit person for the Sackler drug empire.

Nominated for "Drug Czar" Marino had to resign due to these unsavory ties. Exiled to Central Pennsylvania from Washington DC, Marino mollycoddles drug-kingpins

4

while throwing the book at petty drug peddling small fish.

Marino's worst narco-terroristic conduct, however consists of his lobbying for the Sackler drug empire on Capitol Hill. While estimates vary, there is no doubt that Marino and the Sacklers caused the death of between two-hundred thousand and nearly a million Americans. See Harrington v. Purdue Pharma L.P., 603 US 204 (2024).

Our Supreme Court, the majority of which are Trump nominated or backed, places the Sackler's "Purdue Pharma ... at the center of [the] opioid crisis" and held that between 1999 and 2019, the Sacklers drug empire killed "approxiamately 247,000 people." Given the fact that Sackler and Marino kill no less than 10,000 Americans a year, about 28 Americans a day, the time has come for drone, missile and Stealth or Tomahawk strikes against these domestic narco-terrorists.

Plaintiff seeks a mandamus order requiring the POTUS stop sitting on his hands and drone or missile strike narco-terrorist Marino, as soon as possible.

5

b. <u>Three Generations of Jew Harassers is enough - Time to Strike the Schmitz</u>

Joseph Schmitz is the father of a sexual harassing son and the brother of the third or fourth most infamous sexual harasser in american history - Mary Kay LaTourneau.

Schmitz degenerate father, who likely molested Mary Kay, attacked leading Jewish American female lawyer so vociferously that he was ousted from the John Birch society!

His anti-Semitic Jew hating son Joseph fell close to that tree. As IG at DoD, Joseph bragged about his pogram against Jews at DoD and denied the Holocaust. (Plaintiff seeks judicial notice of voluminous print media coverage of Schmitz pogram).

Chased out of DoD by Senator Grassley, Schmitz retaliated with muddle-headed attempts to get back at DoD using FOIA. But he is so inept he failed to exhaust administrative remedies, a "rookie" FOIA mistake. See Schmitz v. DoD Office of IG, 2022 US Dist. Lexis 40583 (ED Va 2022)

While the Trump-hating Middle District of Maryland may pander to antisemite Joseph Schmitz and his Jew hating woman harassing son, the Court and Circuit should eschew the mollycoddling of Jew and women harasser Schmitz.

Again, three generations of Jew and women, and their intersection is enough. Joseph Schmitz, Mary Kay LaTourneu's brother, like his father is quick to attack Jews or women, as is his son. The eldest Anti-Semite in their line, not coincidentally was chased from John Birch for attacking Gloria Allred, a female Jewish lawyer who represents victims of Jeffrey Epstein. See Doe v. Indyke, 457 F Supp. 3d. 278 (SDNY 2025) (allred representing Epstein victim "Doe")

Three generations of harassers of Jews, Jewish women, and women is enough. The POTUS should stop sitting on his hands and drone strike domestic antisemitic terrorist Joseph E Schmitz as soon as possible.

No more thumb twiddling.

7

# VI. Conclusion

The Plaintiff and this court would <u>not</u> be telling President Trump how to conduct his foreign policy or how to command if the mandamus is granted.

Wisely, the POTUS has set in motion drone and missile strikes against narco- and antisemitic terrorists, like the Cartels or Hamas or Iran.

The mandamus sought simply identifies two targets, one narco-, one antisemitic in the Wise President War on Terrorism.

No more twiddling thumbs. No more sitting on hands. Time to strike narco-terrorist Manno and anti-Semite Schmitz.

This is a "modest proposal," that our President, Gulliver-like, should obliterate these terroristic Lilliputians. The swifter, the better.

[signature]
Drqns30@gmail.com