IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN STEPHENS,<br>    **Plaintiff** | : | No. 4:25cv2356 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Latella) |
| PRESIDENT DONALD TRUMP,<br>    **Defendant** | : | |

## ORDER

Before the court is a Report and Recommendation ("R&R") from Magistrate Judge Leo A. Latella, which recommends dismissal of Plaintiff Glenn Stephens's complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (Doc. 7).

The R&R was issued on December 30, 2025. No objections to the R&R have been filed and the time for such filing has passed. The R&R is thus ready for review.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After reviewing plaintiff's complaint, the court finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Latella's analysis, and therefore, the court will accept the R&R and adopt it in its entirety. Stephens's complaint will be dismissed with prejudice.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 7), is **ADOPTED**;

2) Plaintiff Glenn Stephens's complaint, (Docs. 1, 1-1), is **DISMISSED** with prejudice; and

3) The Clerk of Court is directed to close this case.

Date: 1/20/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court